```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 13677
   EDDIE BAILEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9803

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/24/2006 and was confirmed 12/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 01/30/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
 CITY OF CHICAGO DEPT OF   SECURED            180.00            .00           180.00
 US BANK NA                CURRENT MORTG        .00             .00              .00
 ROBERT J ADAMS & ASSOC    PRIORITY       NOT FILED             .00              .00
 ASSET ACCEPTANCE LLC      UNSECURED          283.63            .00              .00
 COLLECTION COMPANY OF AM  UNSECURED       NOT FILED            .00              .00
 COLLECTION COMPANY OF AM  UNSECURED       NOT FILED            .00              .00
 COMMONWEALTH EDISON       UNSECURED          3802.35           .00              .00
 PEOPLES GAS & LIGHT       UNSECURED       NOT FILED            .00              .00
 SUPERIOR AIR GROUND AMBU  UNSECURED            67.00           .00              .00
 ROBERT J ADAMS & ASSOC    REIMBURSEMENT         6.33           .00             6.33
 CITY OF CHICAGO DEPT OF   SECURED NOT I         .00            .00              .00
 ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,000.00                         585.19
 TOM VAUGHN                TRUSTEE                                             49.98
 DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                   821.50

 PRIORITY                                            6.33
 SECURED                                           180.00
 UNSECURED                                            .00
 ADMINISTRATIVE                                    585.19
 TRUSTEE COMPENSATION                               49.98
 DEBTOR REFUND                                        .00
                          ---------------      ---------------
 TOTALS                      821.50                821.50
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13677 EDDIE BAILEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 06 B 13677 EDDIE BAILEY